1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 385-7517
4
5  Attorneys for Plaintiff
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 CHANDAR OUM                    )
    xxx-xx-2995                   )   Case No.   14-2734 CKD
12                                )
                                  )
13                                )   **STIPULATION AND** ~~PROPOSED~~
                                  )   **ORDER EXTENDING PLAINTIFF'S**
14         **Plaintiff,**         )   **TIME TO FILE SUMMARY**
                                  )   **JUDGEMENT MOTION**
15 v.                             )
                                  )
16 COMMISSIONER OF SSA            )
                                  )
17         **Defendant.**         )
                                  )
18 _____ )
19
20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21 Plaintiff's time to file her summary judgment motion is hereby extended from May 21, 2015, to June
22 19, 2015 with all other deadlines extended accordingly. This extension is required due to the
23 counsel's crowded briefing schedule.
24
25 ////
26 ////
27 ////
28

                                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 21, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: May 21, 2015 | Benjamin B. Wagner <br> United States Attorney |
| 8 | | Donna L. Calvert |
| 9 | | Regional Chief Counsel, Region IX <br> Social Security Administration |
| 10 | | /s/ Francesco Benavides |
| 11 | | FRANCESCO BENAVIDES |
| 12 | | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   May 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2